# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 3046 Disciplinary Docket No. 3

:

          Petitioner    : No. 170 DB 2023

:

          v.      : Attorney Registration No. 314859

:

ANDREW SCOTT ZIEGLER : (York County)

:

          Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of May, 2024, the Joint Petition to Temporarily Suspend an Attorney is granted. Andrew Scott Ziegler is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and shall comply with the provisions of Pa.R.D.E. 217.